IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In Re:  Dara J Daugherty                     )     Case No. 25-42469
                                             )     Chapter 11
                                             )
         Debtors                             )     Debtor's Memorandum
                                             )     Confirmation Hearing:
                                             )     Hearing Time and Place :
                                             )
                                             )
                                             )
                                             )

**MEMORANDUM**

   Comes now, Dara J Daugherty, by and through her attorney, William Ridings, and states the following amendments:

   That she is filing an Amended Schedule B to include that she has 3 more LLC's that she is the Registered Agent on.  She Amended her Statement of Financial Affairs to include her 3 additional LLC's and Lawsuits that she is involved in.

   Wherefore, they pray this court allows their amendment and confirms the plan.

                                    /s/ William Ridings
                                    William Ridings, Attorney
                                    #38672MO
                                    2510 S Brentwood Blvd, Ste 205
                                    Saint Louis, MO  63144
                                    (314) 968-1313, fax (314) 968-1302
                                    Ridingslaw2010@yahoo.com


**CERTIFICATE OF SERVICE**
   I certify that a true and correct copy of the foregoing document was filed electronically on August 6, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.
   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 6, 2025.

Dara J Daugherty
8626 Rosalie Ave
Saint Louis, MO  63144


                                    /s/ William Ridings