# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 25-42469-659 |
| ) | |
| DARA DAUGHERTY, ) | |
| ) | |
| ) | Hon. Kathy A. Surratt-States |
| ) | U.S. Bankruptcy Judge |
| Debtor. ) | |
| ) | Hearing Date:       October 7, 2025 |
| ) | Hearing Time:       10 a.m. |
| ) | Hearing Location:   Eagleton U.S. Courthouse |
| ) |                                       111 S. 10th Street |
| JERRY L. JENSEN, ) |                                       Courtroom 7 North |
| Acting United States Trustee, ) |                                       St. Louis, MO 63102 |
| ) | |
| Movant, ) | |
| ) | Response Due:       September 30, 2025 |
| v. ) | |
| ) | |
| DARA DAUGHERTY, ) | |
| ) | |
| Respondent. ) | |

## ANSWER AND DEFENSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7

COMES NOW Respondent, **Dara Daugherty** ("Debtor"), by and through counsel, and for her Answer and Defense to the United States Trustee's Motion to Dismiss or Convert, states as follows:

## I. ANSWER

1. Debtor admits the filing of the Chapter 13 petition on June 30, 2025, and subsequent conversion to Chapter 11 on September 4, 2025.

2. Debtor admits that one purpose of this bankruptcy is to address significant judgments, including the referenced $2 million judgment.

3. Debtor admits she has interests in LLCs holding real property and acknowledges those interests are disclosed in her schedules.

4. Debtor denies the remaining allegations of the Motion, except those expressly admitted

herein, and demands strict proof thereof.

## II. AFFIRMATIVE DEFENSES

1. **Good Faith Filing**: Debtor filed this Chapter 11 case in good faith, seeking to reorganize debts, preserve estate assets, and maximize recovery for creditors.

2. **Insurance Procurement Underway**: Debtor acknowledges temporary lapses in insurance but is in the process of obtaining and reinstating appropriate coverage for her residence and LLC-owned properties. Such remedial actions negate "cause" for dismissal or conversion under 11 U.S.C. § 1112(b)(4)(C).

3. **Reasonable Likelihood of Rehabilitation**: Debtor has stabilized income, is pursuing pending causes of action, and intends to file a confirmable Chapter 11 Plan that includes the orderly sale and/or refinancing of real property, which will provide meaningful repayment to creditors.

4. **Best Interests of Creditors**: Conversion to Chapter 7 would result in fire-sale liquidation, increased administrative costs, and diminished creditor recovery. Chapter 11 provides a greater opportunity for creditors to be repaid through a structured and orderly process.

5. **Equitable Considerations**: Dismissal or conversion would prejudice both creditors and Debtor. Chapter 11 allows resolution of disputes, maximization of estate value, and compliance with local rules under continued supervision of this Court.

## III. PRAYER FOR RELIEF

WHEREFORE, Respondent, **Dara Daugherty**, respectfully prays that this Court:

Deny the United States Trustee's Motion to Dismiss or Convert; Allow the Debtor to proceed in Chapter 11 with the opportunity to file and confirm a Plan of Reorganization; and Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

        WILLIAM H RIDINGS JR
        Debtor Attorney

By: /s/ William H Ridings Jr
    William H Ridings Jr
    E.D. Mo Bar #38672MO
    Ridings Law Firm LLC
    2510 S. Brentwood Blvd, Suite 205
    St. Louis, MO 63144
    (314) 968-1313 (Phone)
    (314) 968-1302 (Fax)
    EMAIL: ridingslaw2010@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 29, 2025, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed on the Court's Manual Notice List on September 29, 2025.

        /s/William H Ridings Jr