**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-42469-659 |
| | ) | |
| DARA DAUGHERTY, | ) | |
| | ) | Hon. Kathy A. Surratt-States |
| | ) | U.S. Bankruptcy Judge |
| Debtor. | ) | |
| | ) | Related to Doc. 81          6/29 |
| | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S THIRD MOTION TO DISMISS**
**OR CONVERT TO A CASE UNDER CHAPTER 7**

On June 29, 2026, this Court held a hearing on the United States Trustee's Third Motion to Dismiss or Convert to a Case Under Chapter 7 (Doc. 81). Joseph Schlotzhauer, counsel for the United States Trustee, William Ridings, counsel for the Debtor, Amy Newell, counsel for Creditor James Cole, and Katherine E. Hummel, Assistant City Counselor for the City of St. Louis appeared at the hearing. For the reason stated on the record at the hearing, and upon review of the record in this case,

**IT IS HEREBY ORDERED THAT** the United States Trustee's Third Motion to Dismiss or Convert to a Case Under Chapter 7 (Doc. 81) is **GRANTED IN PART** in that this Chapter 11 case is **DISMISSED;** and

**IT IS FURTHER ORDERED THAT** all further relief requested is **DENIED**. All further pending matters are **DENIED AS MOOT**.

_Kathy a. Surratt - States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  July 2, 2026
St. Louis, Missouri
jjh

**Copies to:**

| | | |
|---|---|---|
| Dara J. Daugherty | William H. Ridings, Jr. | Joseph Richard Schlotzhauer |
| 8626 Rosalie Ave | Ridings Law Firm | (Order Preparer) |
| Saint Louis, MO 63144 | 2510 S. Brentwood Blvd, Ste. 205 | United States Trustee Program |
| | St. Louis, MO 63144 | 111 South 10th Street, Suite 6.353 |
| | | St. Louis, MO 63102 |

ALL CREDITORS AND PARTIES IN INTEREST.